

# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2018

No. 04-18-00499-CV

**IN RE E.J.G AND E.I.G.**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI05544
Honorable Nick Catoe Jr., Judge Presiding

# O R D E R

The reporter's record is past due. This court sent a letter on September 28, 2018, stating that the reporter's record was past due. The trial court responded with an October 3, 2018 letter stating appellant has had no contact with the trial court about obtaining the record in this case. Appellant's docketing statement filed with this court confirms that appellant has not requested the reporter's record in this case.

We order the appellant, Eduardo J. Gonzalez, to provide written proof to this court by **October 22, 2018** that the reporter's record has been requested and either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) the appellant is entitled to the reporter's record without prepayment of the reporter's fee. *See* Tex. R. App. P. 20.1, 35.3(a). If the appellant fails to file such proof within the time provided, appellant's brief will be due **November 13, 2018**, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* Tex. R. App. P. 37.3(c).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of October, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court